**32**

STATE of Missouri, Respondent,

v.

**Larry HARRIS, Appellant.**

**No. 48400.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 16, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 5, 1984.

Application to Transfer Denied
Feb. 26, 1985.

Henry B. Robertson, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson
City, for respondent.

### ORDER

PER CURIAM.

Defendant was convicted, after a jury
trial, of forgery. He was sentenced, as a
persistent offender, to imprisonment for
eight years. He appeals from that sentence. No jurisprudential purpose would
be served by a written opinion. The judgment of the trial court is affirmed pursuant
to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Reginald L. TOWNSEND a/k/a Michael
Summers, Appellant.**

**No. WD 35082.**

Missouri Court of Appeals,
Western District.

Oct. 30, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled
and Denied Dec. 26, 1984.

Application to Transfer Denied
Feb. 26, 1985.

Lee M. Nation, Sp. Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson
City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before CLARK, P.J., and NUGENT and
LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of first degree
robbery pursuant to § 569.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

All concur.